# United States District Court
## For the Eastern District of Pennsylvania

KELVIN X. MORRIS,                        :
                                         :
            Petitioner,                  :          Civil No. 01-3070
                                         :
      v.                                 :
                                         :
JEFFREY BEARD, Acting Secretary          :
Pennsylvania Department of Corrections   :
CONNER BLAINE, Superintendent,           :
State Correctional Institution at Greene; :
JOSEPH P. MAZURKIEWICZ,                  :
Superintendent, State Correctional       :          ORDER
Institution at Rockview,                 :
                                         :
            Respondents.                 :
                                         :

This matter having come before the Court on Petition for a Writ of Habeas

Corpus filed by Kelvin X. Morris, and the Court having considered the written

submissions of the parties, and for the reasons expressed in the Opinion of even date,

IT IS hereby, on this 4th day of October, 2012

ORDERED that the parties shall appear for an evidentiary hearing on December

10, 11, and 12, 2012, or as long as they shall require, in Courtroom 5D of the Mitchell H.

Cohen United States Court House, Camden, New Jersey at 10:00 a.m.


                                    s/ Joseph H. Rodriguez
                                    _____
                                    Hon. Joseph H. Rodriguez,
                                    United States District Judge